# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**410**
**CA 10-00842**
PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, AND GREEN, JJ.

---

HARRIET C. BOARDMAN, PLAINTIFF-APPELLANT,

V                                                        ORDER

CHURCH OF THE TRANSFIGURATION,
DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

MICHAEL A. ROSENHOUSE, ROCHESTER, FOR PLAINTIFF-APPELLANT.

CHARLES A. HALL, ROCHESTER, FOR DEFENDANT-RESPONDENT.

---

Appeal from an amended order of the Supreme Court, Monroe County (David Michael Barry, J.), entered August 18, 2009. The amended order granted the motion of defendant for summary judgment dismissing the amended complaint and authorized defendant to enter a judgment with costs and disbursements.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779).

Entered:  March 25, 2011                          Patricia L. Morgan
                                                  Clerk of the Court